LITTLER MENDELSON, P.C.
A. Michael Weber (AM 8760)
Michael P. Pappas (MP 6716)
885 Third Avenue
New York, New York 10022
(212) 583-9600

Attorneys for Defendants
Allstate Investigations, Inc., George
Campos, and Patrick A. Bombino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN ELLIOTT, Individually and on Behalf of All Others Persons Similarly Situated,

            Plaintiffs,

-against-

ALLSTATE INVESTIGATIONS, INC, GEORGE CAMPOS, PATRICK A. BOMBINO And JOHN DOES 1-10, Jointly and Severally,

            Defendants.

Case No.  07 Civ. 6078

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Corporate Defendant Allstate Investigations, Inc. (a private non-government party) certifies that said party has no parent corporations and that no publicly-held corporation holds 10% or more of its stock.

Dated: September 7, 2007                LITTLER MENDELSON, P.C.

By: _____s/_____
A. Michael Weber (AW 8760)
Michael P. Pappas (MP 6716)