UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X

JONATHAN ELLIOT, Individually and on Behalf of All Other Persons Similarly Situated,

                Plaintiff,

-v-

ALLSTATE INVESTIGATIONS, INC., GEORGE CAMPOS, PATRICK A. BOMBINO, and JOHN DOES #1-10, Jointly and Severally,

                Defendants,

------------------------------------------------------------- -X

07 CIV. 6078 (DLC) (AJP)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction  Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)  Particular Motion: _____ |

\*  Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
               October 12, 2007

                                                          DENISE COTE
                                                  United States District Judge