```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
JONATHAN ELLIOT, Individually and on :
Behalf of All Other Persons Similarly :
Situated,                            :     07 CIV. 6078 (DLC)
                                     :
              Plaintiff,             :     PRETRIAL
                                     :     SCHEDULING ORDER
       -v-                           :
                                     :
ALLSTATE INVESTIGATIONS, INC., GEORGE :
CAMPOS, PATRICK A. BOMBINO, and JOHN :
DOES #1-10, Jointly and Severally,   :
                                     :
              Defendants.            :
                                     :
-------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/15/07

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on October 12, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Peck prior to **October 26, 2007** in order to pursue settlement discussions under his supervision.

2. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **December 7, 2007**.

3. The following motion will be served by the dates indicated below.

   Plaintiff's motion for collective action notice

   - Motion served by **December 14, 2007**
   - Opposition served by **January 11, 2008**
   - Reply served by **January 18, 2008**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

4.   All fact discovery must be completed by **February 29, 2008**.

Dated:   New York, New York
         October 15, 2007

                              _____
                                      DENISE COTE
                              United States District Judge