# LITTLER MENDELSON
*A PROFESSIONAL CORPORATION*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

November 12, 2007

A. Michael Weber
Direct: (212) 583-9600
Direct Fax: (212) 832-2719
mweber@littler.com

**BY HAND**

The Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Elliott v. Allstate Investigations, Inc., et al.*
      No. 07 CV 6078 (DC) (AJP)

Dear Judge Peck:

We wish to advise the Court that Littler Mendelson intends to withdraw as the defendants' counsel in this action. We expect to file a motion for withdrawal tomorrow. Therefore, we respectfully request that the settlement conference scheduled for November 16th be adjourned.

Respectfully submitted,

A. Michael Weber

AMW/pc

cc:   The Honorable Denise Cote (by hand)
      Patrick A. Bombino (via fax)
      William C. Rand, Esq. (via fax)

**MEMO ENDORSED** 11/14/07

[handwritten endorsement:] Request adjourned. S/he did not depose pltfs. Counsel is to promptly confirm that it is still withdrawing, + when + why. [illegible]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
885 Third Avenue, New York, New York 10022.4834   Tel: 212.583.9600 Fax: 212.832.2719 www.littler.com

[State listing in right margin:] ALABAMA, ARIZONA, ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, ILLINOIS, INDIANA, MASSACHUSETTS, MINNESOTA, MISSOURI, NEVADA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OREGON, PENNSYLVANIA, RHODE ISLAND, SOUTH CAROLINA, TEXAS, VIRGINIA, WASHINGTON

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: **November 14, 2007**                          Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| A. Michael Weber, Esq. | 212-832-2719 |
| William C. Rand, Esq. | 212-599-7909 |
| Jeffrey M. Gottlieb, Esq. | 212-982-6284 |

# TRANSCRIPTION:

**MEMO ENDORSED 11/14/07**

Settlement conf. adjourned sine die at defendants' request. Counsel are to promptly contact my chambers to schedule a new settlement conf. date when new counsel appears.

Copy to:   Judge Denise L. Cote