UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JONATHAN ELLIOTT,
Individually and on Behalf of All Other Persons
Similarly Situated,

        Plaintiffs,

-against-

ALLSTATE INVESTIGATIONS, INC.,
GEORGE CAMPOS, PATRICK A. BOMBINO,
And JOHN DOES #1-10, Jointly and Severally,

        Defendants.
-----------------------------------------------------------X

ECF
07 Civ. 6078 (DLC) (AJP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

## TOLLING AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JONATHAN ELLIOTT and the Defendants ALLSTATE INVESTIGATIONS, INC., GEORGE CAMPOS, and PATRICK A. BOMBINO, through their undersigned attorneys who state that they have been authorized to enter this Stipulation And Tolling Agreement, that the statute of limitations period for alleged violations of the Fair Labor Standard Act ("FLSA") set forth in the Complaint by individuals purporting to be similarly situated to Plaintiff who may Opt-In to the collective action shall hereby be deemed tolled for the period of 45 days beginning, October 12, 2007 and ending

1

November 26, 2007 (the Tolling Period").

DATED: October 16, 2007

*[signature]*

William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425; fax (212) 599-7909
Attorneys for Plaintiff

*[signature]*

A. Michael Weber, Esq. (AW 8760)
Michael P. Pappas, Esq. (MP 6716)
LITLER MENDELSON, P.C.
885 Third Avenue
New York, N.Y. 10022
212-583-9600
Attorneys for Defendants

SO ORDERED THIS
DAY OF       , 2007.

_____
U.S.D.J.

November 19, 2007