UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
JONATHAN ELLIOTT,                    :
Individually and on Behalf of All Other :
Persons Similarly Situated,          :   07 Civ. 6078 (DLC)
                Plaintiff,           :
                                     :   ORDER
       -v-                           :
                                     :
ALLSTATE INVESTIGATIONS, INC., GEORGE :
CAMPOS, PATRICK A. BOMBINO, AND JOHN :
DOES #1-10, Jointly and Severally,   :
                Defendants.          :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

   Defense counsel having given notice through a submission of November 13, 2007 that it intends to withdraw as counsel; it being necessary for a corporate defendant to be represented by counsel, see Grace v. Bank Leumi Trust Co. of N.Y., 443 F.3d 180, 192 (2d Cir. 2006); and a scheduling order having been entered on October 15, 2007, it is hereby

   ORDERED that the application by defense counsel to withdraw is granted as of November 30, 2007.

   IT IS FURTHER ORDERED that a default will be entered against defendant Allstate Investigations, Inc. on November 30, 2007 in the event an attorney does not file a notice of appearance on its behalf on or before that date.

   IT IS FURTHER ORDERED that defense counsel shall serve a copy of this order on the defendants by November 20, 2007.

IT IS FURTHER ORDERED that a conference will be held on **Friday, December 14** at **11:00 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.

SO ORDERED:

Dated: New York, New York
November 19, 2007

_____
DENISE COTE
United States District Judge

2