UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JONATHAN ELLIOTT,                        :
Individually and on Behalf of All Other  :
Persons Similarly Situated,              :   07 Civ. 6078 (DLC)
                    Plaintiff,           :
                                         :   ORDER
            -v-                          :
                                         :
ALLSTATE INVESTIGATIONS, INC., GEORGE    :
CAMPOS, PATRICK A. BOMBINO, AND JOHN     :
DOES #1-10, Jointly and Severally,       :
                    Defendants.          :
                                         :
-----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

DENISE COTE, District Judge:

An Order of November 19, 2007 granted defense counsel's application to withdraw as of November 30. It being necessary for a corporate defendant to be represented by counsel, see Grace v. Bank Leumi Trust Co. of N.Y., 443 F.3d 180, 192 (2d Cir. 2006), and a scheduling order having been entered on October 15, the November 19 Order provided that a default would be entered against defendant Allstate Investigations, Inc. ("Allstate Investigations") unless another attorney was to file a notice of appearance on its behalf on or before November 30. Outgoing defense counsel was ordered to serve a copy of the November 19 Order on the defendants. A conference was also scheduled for December 14 at 11:00 a.m. No appearance having been entered on behalf of Allstate Investigations, it is hereby

ORDERED that a default shall be entered against defendant Allstate Investigations.

IT IS FURTHER ORDERED that the plaintiff and individual defendants must appear for the December 14 conference. The defendants may appear in person, if they wish to proceed pro se, or through newly appearing counsel.

IT IS FURTHER ORDERED that the above-captioned action will no longer be designated an electronic case filing.

IT IS FURTHER ORDERED that the plaintiff shall serve copies of this order on the individual defendants.

SO ORDERED:

Dated:   New York, New York
         December 6, 2007

                                    _____
                                           DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Jeffrey Michael Gottlieb  
Berger & Gottlieb  
150 E. 18th St.  
New York, New York 10003

William Coudert Rand  
711 Third Avenue  
Suite 1505  
New York, New York 10017