```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JONATHAN ELLIOTT,                        :
Individually and on Behalf of All Other  :
Persons Similarly Situated,              :   07 Civ. 6078 (DLC)
                          Plaintiff,     :
                                         :          ORDER
              -v-                        :
                                         :
ALLSTATE INVESTIGATIONS, INC., GEORGE    :
CAMPOS, PATRICK A. BOMBINO, AND JOHN     :
DOES #1-10, Jointly and Severally,       :
                          Defendants.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

By Order of December 6, 2007, a default was entered against defendant Allstate Investigations, Inc. ("Allstate Investigations"), and the individual defendants were instructed to appear at a conference of today's date. The individual defendants failed to appear. Approximately thirty-five minutes after the conference was scheduled to begin, Allstate Investigations' Director of Special Operations, who is not an attorney, arrived and requested to speak for the defendants. As stated on the record at today's conference, it is hereby

ORDERED that today's conference is adjourned to **January 11, 2007** at **10:00 a.m.** The individual defendants must appear at that conference, either in person or via newly appearing counsel.

IT IS FURTHER ORDERED that discovery is stayed until January 11.

IT IS FURTHER ORDERED that the plaintiff shall serve copies of this order on the individual defendants.

SO ORDERED:

Dated:   New York, New York
         December 14, 2007

                                    _____
                                       DENISE COTE
                                    United States District Judge