```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JONATHAN ELLIOT, Individually and on     :
Behalf of All Other Persons Similarly    :   07 CIV. 6078 (DLC)
Situated,                                :
                                         :       PRETRIAL
                Plaintiff,               :   SCHEDULING ORDER
                                         :
     -v-                                 :
                                         :
ALLSTATE INVESTIGATIONS, INC., GEORGE    :
CAMPOS, PATRICK A. BOMBINO, and JOHN     :
DOES #1-10, Jointly and Severally,       :
                                         :
                Defendants.              :
                                         :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-11-08
```

DENISE COTE, District Judge:

   As set forth at the pretrial conference held on January 11, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Peck prior to **January 25, 2008** in order to pursue settlement discussions under his/her supervision.

2. All discovery must be completed by **April 18, 2008**.

3. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **May 16, 2008**
   - Opposition served by **May 30, 2008**
   - Reply served by **June 6, 2008**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

4. In the event no motion is filed, the Joint Pretrial Order must be filed by **May 16, 2008**.

1

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         January 11, 2008

                                   _____
                                          DENISE COTE
                                   United States District Judge

COPIES SENT TO:

William C. Rand
Law Offices of William C. Rand
711 Third Avenue, Suite 1505
New York, New York 10017

Patrick Bombino
c/o Judd Bank
18 Mollypicher Drive
Hazlet, New Jersey 07730